State of New York ex rel. Barbara D., Appellant, v Francis D., Respondent.

Francis D., Respondent, v Barbara D., Appellant.

Decided June 9, 2009

Appeal, insofar as taken in the habeas corpus proceeding, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved and the two-Justice dissent at the Appellate Division does not pertain to that proceeding; appeal, insofar as taken in the matrimonial action, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Appellate Division order does not finally determine the action within the meaning of the Constitution.

In the Matter of Vanessa R. Jesus Berrios, Appellant; Mental Hygiene Legal Services, on Behalf of Vanessa R., Respondent.

Submitted April 20, 2009; decided June 9, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution (*see McDermott v Manhattan Eye, Ear & Throat Hosp.*, 15 NY2d 20, 23 n 2 [1964]). Motion for poor person relief dismissed as academic.